IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

MICHAEL DEWAYNE ROBERTS,    )
                                                  )
    Plaintiff,                    )
v.                                              )    CASE NO. 3:08-cv-598-MEF
                                                )                    WO
JAY JONES, *et al*,               )
                                                )
    Defendant.                )

## **ORDER**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on August 22, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on August 13, 2008 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this _8th_ day of September, 2008.

                                                                   /s/ Truman M. Hobbs
                                                                   TRUMAN M. HOBBS
                                                                   SENIOR UNITED STATES DISTRICT JUDGE